[No. 30506-6-III.   Division Three.   September 11, 2012.]

ALLEN METTLER ET AL., *Appellants*, v. GRAY LUMBER COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-2-11788-7, Edmund Murphy, J., entered April 29, 2011. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Sweeney, J.

[No. 30742-5-III.   Division Three.   September 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH EDWARD BERRY, *Appellant*.

*In the Matter of the Personal Restraint of* KEITH EDWARD BERRY, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-04063-5, Rosanne Buckner, J., entered February 25, 2011, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Siddoway, J.

[No. 29857-4-III.   Division Three.   September 13, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY DANIEL SHEEHAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 09-1-00080-1, Rebecca M. Baker, J., entered April 22, 2011. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Sweeney, J.